

OFFICE *of the* ATTORNEY GENERAL
GREG ABBOTT

August 30, 2011                                                                 Box 2 of 2

Clerk, United States District Court
Northern District of Texas
Fort Worth Division
202 U.S. Courthouse
501 W. 10th St.
Fort Worth, Texas   76102



    Re: *Lisa Ann Coleman v Rick Thaler, Dir., TDCJ-CID*
    Civil Action No. **4:11cv542-A**

Dear Clerk:

Enclosed for filing in the above numbered and styled cause is the original and one copy of the Index of State Court Records. Also enclosed are copies of the petitioner's state court records, which consist of seven volumes of direct appeal records and one volume of writ records (all contained in two boxes). Please indicate the date of filing on the enclosed copy of this letter and return it to me in the enclosed self addressed envelope.

By copy of this letter I am forwarding a copy of the index to the counsel for the petitioner.

Sincerely yours,

*[signature]*

STEPHEN M HOFFMAN
Assistant Attorney General
Capital Litigation Division
(512) 936-1600

SMH/cak
Enclosure

(Box 2 - 3 volumes rec'd)

POST OFFICE BOX 12548, AUSTIN, TEXAS 78711-2548 TEL: (512)463-2100
WEB: WWW.OAG.STATE.TX.US
*An Equal Employment Opportunity Employer · Printed on Recycled Paper*



OFFICE *of the* ATTORNEY GENERAL
GREG ABBOTT

cc:  John W Stickels
Stickels & Associates PC
PO Box 121431
Arlington, TX 76012

POST OFFICE BOX 12548, AUSTIN, TEXAS 78711-2548 TEL: (512)463-2100
WEB: WWW.OAG.STATE.TX.US
*An Equal Employment Opportunity Employer · Printed on Recycled Paper*