

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| LISA ANN COLEMAN | § | |
|         Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:11-cv-00542-A |
| | § | |
| RICK THALER DIRECTOR, | § | |
| TEXAS DEPARTMENT OF CRIMINAL | § | |
| JUSTICE, CORRECTIONAL | § | |
| INSTITUTIONS DIVISION, | § | |
|         Respondent. | § | |

**INDEX OF STATE COURT RECORDS**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division, and files this his Index of the Petitioner's State Court Records.

**State Habeas** No. 72,094-01

**File Pocket No.1 -State Writ Record   No. 72,094-01**

Motion for extension of Time to file Post-Conviction writ of Habeas Corpus.
Memorandum and Order
CCA Order on Post-Conviction Writ of Habeas Corpus
Notice of enclosed copies of Writ for Habeas Corpus
Application for Writ of Habeas Corpus – Part 1 of 2
Application for Writ of Habeas Corpus – Part 2 of 2

**Direct Appeal Records No. 75,478**

**File Pocket No.2 - VOLUME I**

Mandate
Post-submission Letter Brief
Copy of Motion #102 UNDER SEAL
Copy of Orders for Motion #103 UNDER SEAL
Copy of Ex Parte Order for Funding UNDER SEAL
Copy of Jury List UNDER SEAL
CCA Opinion on Direct Appeal
Appellant's Original Brief
State's Brief
Granted Order appointing counsel
Letter acknowledges above cause is set for submission for Oral Argument
Granted Motion to reset Oral Argument
Motion requesting the resetting of Oral Argument
Letter acknowledges the request to reset Oral Argument and has reset argument
Notice case set for submission
Advisory to the court as to why Oral Argument would be beneficial
Granted order for State's request for extension of time to file State's Brief
Granted Motion for extension of time to file Appellant's Brief
Notice Reporter's Record Received by the court
Granted Motion for extension of time to file Reporter's Record
Notice Reporter's Record is due.
Order appointing counsel for Defendant
Capital Judgment
Motion for New Trial
Defendant's Motion for New Trial
Clerk's Record Vol 1 of 3 Part A of C
Clerk's Record Vol 1 of 3 Part B of C
Clerk's Record Vol 1 of 3 Part C of C

**File Pocket No.3 -VOLUME II**

Clerk's Record Vol 2 of 3 Part A
Clerk's Record Vol 2 of 3 Part B
Clerk's Record Vol 2 of 3 Part C
Clerk's Record Vol 3 of 3

**File Pocket No.4 -VOLUME III**

Reporter's Record Vol 1 of 38 - Master Index
Reporter's Record Vol 2 of 38 - Pre-Trial Motions
Reporter's Record Vol 3 of 38 - Arraignment
Reporter's Record Vol 4 of 38 - Pre-Trial Motions/Central Jury Room Proceedings
Reporter's Record Vol 5 of 38 - Pre-Trial Motions
Reporter's Record Vol 6 of 38 - Jury Voir Dire
Reporter's Record Vol 7 of 38 - Jury Voir Dire
Reporter's Record Vol 8 of 38 - Jury Voir Dire

**File Pocket No.5 -VOLUME IV**

Reporter's Record Vol 9 of 38 -  Jury Voir Dire
Reporter's Record Vol 10 of 38 - Jury Voir Dire
Reporter's Record Vol 11 of 38 - Jury Voir Dire
Reporter's Record Vol 12 of 38 - Jury Voir Dire
Reporter's Record Vol 13 of 38 - Jury Voir Dire
Reporter's Record Vol 14 of 38 - Jury Voir Dire
Reporter's Record Vol 15 of 38 - Jury Voir Dire
Reporter's Record Vol 16 of 38 - Jury Voir Dire
Reporter's Record Vol 17 of 38 - Jury Voir Dire
Reporter's Record Vol 18 of 38 - Jury Voir Dire
Reporter's Record Vol 19 of 38 - Jury Voir Dire
Reporter's Record Vol 20 of 38 - Jury Voir Dire

**File Pocket No.6 -VOLUME V**

Reporter's Record Vol 21 of 38 -   Jury Voir Dire
Reporter's Record Vol 22 of 38 - Jury Voir Dire
Reporter's Record Vol 23 of 38 - Jury Voir Dire
Reporter's Record Vol 24 of 38 - Jury Voir Dire
Reporter's Record Vol 25 of 38 - Pre-Trial Motions
Reporter's Record Vol 26 of 38 - Pre-Trial Hearing
Reporter's Record Vol 27 of 38 - Trial on Merits
Reporter's Record Vol 28 of 38 - Trial on Merits
Reporter's Record Vol 29 of 38 - Trial on Merits
Reporter's Record Vol 30 of 38 - Trial on Merits
Reporter's Record Vol 31 of 38 - Trial on Merits
Reporter's Record Vol 32 of 38 - Trial on Merits


**File Pocket No.7 -VOLUME VI**

Reporter's Record Vol 33 of 38 - Trial on Merits
Reporter's Record Vol 34 of 38 - Trial on Merits
Reporter's Record Vol 35 of 38 - Trial on Merits/Trial on Punishment
Reporter's Record Vol 36 of 38 - Trial on Punishment
Reporter's Record Vol 37 of 38 - Trial on Punishment
Reporter's Record Vol 38 of 38 - Exhibits
        Part A - State's Pre-Trial 1 through SX - 76
        Part B - SX - 77 through SX - 160

**File Pocket No.8 -VOLUME VII**

Reporter's Record Vol 38 of 38 Exhibits
        Part C SX - 161 through SX - 180
        Part D Defendant's Pre-Trial 1 through DX - 48
        Part E DX - 49 part A
        Part E DX - 49 part B
        Part F DX - 50 through DX - 55

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

DANIEL T. HODGE
First Assistant Attorney General

DON CLEMMER
Deputy Attorney General
for Criminal Justice

EDWARD L. MARSHALL
Chief, Postconviction Litigation Division

_____
Stephen M. Hoffman*
* Attorney-in-Charge
Assistant Attorney General
State Bar No. 24048978

P. O. Box 12548, Capitol Station
     Austin, Texas  78711
(512) 936- 1600
Fax No. (512) 320-8132

ATTORNEYS FOR RESPONDENT

## CERTIFICATE OF SERVICE

I, Stephen Hoffman, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing **Index of State Court Records** has been served by placing same in the United States Mail, postage prepaid, on this the 30th day of August, 2011, addressed to: John W. Stickels, P.O. Box 121431, Arlington, TX 76012

_____
Stephen Hoffman
Assistant Attorney General