U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

**FILED**

DEC 2 7 2011

CLERK, U.S. DISTRICT COURT
by_____
        Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

LISA ANN COLEMAN,                      §
                                       §
          Petitioner,                  §
                                       §
VS.                                    §   NO. 4:11-CV-542-A
                                       §
RICK THALER, DIRECTOR,                 §
TEXAS DEPARTMENT OF CRIMINAL           §
JUSTICE, CORRECTIONAL                  §
INSTITUTIONS DIVISION,                 §
                                       §
          Respondent.                  §

### ORDER

The court cannot find in the state court records pertaining
to the trial proceedings and state court habeas application of
petitioner, Lisa Ann Coleman, any record of the final ruling made
by the Texas Court of Criminal Appeals on petitioner's state
court habeas application.  So that the court will have a complete
record pertaining to the state court habeas application, the
court is directing the attorney for respondent, Rick Thaler,
Director, Texas Department of Criminal Justice, Correctional
Institutions Division, to file by January 3, 2012, with an
appropriate cover document whatever instrument or instruments
reflect the final ruling of the Texas Court of Appeals on

petitioner's state court habeas application.

Also, the court has noted that the document filed December 22, 2011, in the above-captioned action by respondent titled "Respondent's Answer With Brief in Support" is not accompanied by a table of contents or an index of authorities.  Rather than to unfile such document, the court is directing respondent to file by January 3, 2012, with an appropriate cover document, a cover page, table of contents, and index of authorities that can be used with such document.

THE COURT SO ORDERS.

SIGNED December 27, 2011.

_____
JOHN McBRYDE
United States District Judge