ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2012 JAN -3 PM 3: 45

CLERK OF COURT

| | | |
|---|---|---|
| LISA ANN COLEMAN, | § | |
|     Petitioner, | § | |
| | § | |
| v. | § | CASE NO. 4:11-CV-00542-A |
| | § | **CAPITAL LITIGANT** |
| RICK THALER, | § | |
| Director, Texas Department of | § | |
| Criminal Justice, Correctional | § | |
| Institutions Division, | § | |
|     Respondent. | § | |

## RESPONDENT THALER'S ANSWER
## WITH BRIEF IN SUPPORT

GREG ABBOTT
Attorney General of Texas

DANIEL T. HODGE
First Assistant Attorney General

DON CLEMMER
For Criminal Justice

*Counsel of Record

EDWARD L. MARSHALL
Chief, Postconviction
Litigation Division

*JAY CLENDENIN
Deputy Chief, Postconviction
Litigation Division

Deputy Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 936-1400

ATTORNEYS FOR RESPONDENT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| LISA ANN COLEMAN, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CASE NO. 4:11-CV-00542-A |
| | § | **CAPITAL LITIGANT** |
| RICK THALER, | § | |
| Director, Texas Department of | § | |
| Criminal Justice, Correctional | § | |
| Institutions Division, | § | |
| Respondent. | § | |

## TABLE OF CONTENTS

# TABLE OF CONTENTS

                                                                            Page

TABLE OF CONTENTS ............................................. i

TABLE OF AUTHORITIES .......................................... iii

COLEMAN'S ALLEGATIONS ........................................ 1

STATEMENT OF THE CASE ........................................ 3

STATEMENT OF FACTS ........................................... 4

I.    The Facts of the Crime ..................................... 4

II.   Facts Relating to Punishment ................................ 8

      A.    The State's case ..................................... 8

      B.    The defense's case .................................. 10

STANDARD OF REVIEW .......................................... 13

ARGUMENT ..................................................... 20

I.    Coleman Was Not Denied Constitutionally Effective Assistance of Either
      Trial or Appellate Counsel. ................................. 20

      A.    Coleman's claim that her trial counsel were ineffective for failing
            to investigate the facts of the case in order to rebut the kidnapping
            element of the capital murder charge is without merit. ....... 23

            1.    Tonya Coleman Brown and Sharon Coleman ......... 27

            2.    Marcella Williams ............................... 32

      B.    Coleman's claim that her trial counsel were ineffective for failing
            to investigate and effectively present mitigation evidence is
            without merit. ...................................... 36

# TABLE OF CONTENTS, (CONTINUED)

                                                   **Page**

    C.    Coleman's claim that she was denied effective assistance of appellate counsel is without merit. .......................... 43

III.    Coleman's Claim of Actual Innocence Must Fail. ............... 45

IV.    Coleman's Claim That There Was Insufficient Evidence to Support the Jury's Affirmative Answer to the Future Dangerousness Special Issue Is Procedurally Barred and Without Merit. ...................... 49

V.    Colemans's Challenges to the Mitigation Special Issue Must be Denied. ................................................................ 51

VI.    Coleman Is Not Entitled to an Evidentiary Hearing in Federal Court. ................................................................. 55

**CONCLUSION** ............................................................. 57

# TABLE OF AUTHORITIES

**Cases** **Page**

*Adams v. Thaler*, 421 Fed. Appx. 322 (5th Cir., March 31, 2011) .......... 53

*Aetna Life Ins. Co. v. Ward*, 140 U.S. 76 (1891) ....................... 49

*Aguilar v. Dretke*, 428 F.3d 526 (5th Cir. 2005) ..................... 50,52

*Alexander v. McCotter*, 775 F.2d 595 (5th Cir. 1985) ............. 25,35,42

*Anderson v. Collins*, 18 F.3d 1208 (5th Cir. 1994) ................... 25,26

*Beazley v. Johnson*, 242 F.3d 248 (5th Cir. 2001) ....................... 19

*Bigon v. State*, 252 S.W.3d 360 (Tex. Crim. App. 2008) ............. 43,44

*Blanton v. Quarterman*, 543 F.3d 230 (5th Cir. 2008) ................... 39

*Bobby v. Van Hook*, 130 S. Ct. 13 (2009) ........................... 36,41

*Brimage v. State*, 918 S.W.2d 466 (Tex. Crim. App. 1994) .............. 48

*Brown v. Collins*, 937 F.2d 175 (5th Cir. 1991). .................... 47,50

*Callins v. State*, 726 S.W.2d 555 (Tex. Crim. App. 1986) ............... 44

*Catalan v. Cockrell*, 315 F.3d 491 (5th Cir. 2002) ..................... 17

*Crane v. Johnson*, 178 F.3d 309 (5th Cir. 1999). ...................... 22

*Clark v. Johnson*, 227 F.3d 273 (2000). ............................ 19,57

*Cullen v. Pinholster*, 131 S. Ct. 1388 (2011) ................... 18,56,57

*Corwin v. Johnson,* 150 F.3d 467 (5th Cir. 1998) ....................... 3

*Day v. Quarterman*, 566 F.3d 527 (5th Cir. 2009) ............... 25,29,33

## TABLE OF AUTHORITIES, (CONTINUED)

**Cases** **Page**

*Dowthitt v. Johnson*, 230 F.3d 733 (5th Cir. 2000) ............... 37,45,49

*Dufrene v. Brazoria County DA Office*, 146 Fed. Appx. 715 (5th Cir. 2005) . 3

*Early v. Packer*, 537 U.S. 3 (2002) ............................... 17

*Ex parte Elizondo*, 947 S.W.2d 202 (Tex. Crim. App. 1996). ........... 46

*Felker v. Turpin*, 518 U.S. 651 (1996) ............................. 3

*Foster v. Thaler*, 369 Fed. Appx. 598 (5th Cir. 2010) ................ 53

*Gilley v. Collins*, 968 F.2d 465 (5th Cir. 1992) ..................... 47

*Graham v. Johnson*, 168 F.3d 762 (5th Cir. 1999) ................... 45

*Graves v. Cockrell*, 351 F.3d 143 (5th Cir. 2003) .................... 46

*Gregory v. Thaler*, 601 F.3d 347 (5th Cir. 2010) .................... 34

*Harrington v. Richter*, 131 S. Ct. 770 (2011) .................... passim

*Herrera v. Collins*, 506 U.S. 390 (1993) .......................... 45,46

*House v. Bell*, 547 U.S. 518 (2006) ............................... 45

*Hughes v. Johnson*, 191 F.3d 607 (5th Cir. 1999) .................. 3,46

*Jackson v. Virginia*, 443 U.S. 307 (1979) .......................... 46

*Johnson v. State*, 208 S.W.3d 478 (Tex. App.—Austin 2006) ........... 44

*Johnson v. Cockrell*, 306 F.3d 249 (5th Cir. 2002) ................. 40,53

*Jurek v. Texas*, 428 U.S. 262 (1976) .............................. 50

# TABLE OF AUTHORITIES, (CONTINUED)

**Cases**                                                                                                                        **Page**

*Kinnamon v. Scott*, 40 F.3d 731 (5th Cir. 1994) .......................... 42

*Kitchens v. Johnson*, 190 F.3d 698 (5th Cir.1999) ...................... 40

*Ladd v. Cockrell*, 311 F.3d 349 (5th Cir. 2002) .......................... 40

*Ladd v. State*, 3 S.W.3d 547 (Tex. Crim. App. 1999) ..................... 51

*Langs v. State*, 183 S.W.3d 680 (Tex. Crim. App. 2006) ................. 43

*Lockhart v. McCotter*, 782 F.2d 1275 (5th Cir. 1986) .................... 25

*Lockyer v. Andrade*, 538 U.S. 63 (2003) ................................. 14

*Lucas v. Johnson*, 132 F.3d 1069 (5th Cir. 1998) ..................... 45,46

*Manns v. Quarterman*, 236 Fed. Appx. 908 (5th Cir. 2007) ............... 53

*Mitchell v. Esparza*, 540 U.S. 12, 16 (2003) ............................ 17

*Moawad v. Anderson*, 143 F.3d 942 (5th Cir. 1998) .................... 25,38

*Moore v. Johnson*, 225 F.3d 495 (5th Cir. 2000) ......................... 53

*Murray v. Maggio*, 736 F.2d 279 (5th Cir. 1984) ......................... 26

*Neal v. Puckett*, 286 F.3d 230 (5th Cir. 2002) .......................... 16

*Nix v. Whiteside*, 475 U.S. 157 (1986) .................................. 21

*Oliver v. Quarterman*, 254 Fed. Appx. 381 (5th Cir. 2007) .............. 53

*Pemberton v. Collins*, 991 F.2d 1218 (5th Cir. 1993) .................... 50

*Penry v. Johnson*, 532 U.S. 782 (2001) (*Penry II*) ................. passim

## TABLE OF AUTHORITIES, (CONTINUED)

**Cases**                                                                                             **Page**

*Plaut v. Spendthrift Farm, Inc.*, 514 U.S. 211 (1995) ........................ 3

*Ransom v. Johnson*, 123 F.3d 716 (5th Cir. 1997) ........................ 24

*Ries v. Quarterman*, 522 F.3d 517 (5th Cir. 2008) ........................ 38

*Riley v. Cockrell*, 339 F.3d 308 (5th Cir. 2003) ........................ 23, 42

*Rivas v. Thaler*, 432 Fed. Appx. 395 (5th Cir. 2011) ........................ 3

*Robinson v. Shell Oil Co.*, 519 U.S. 337 (1997) ........................ 56

*Rompilla v. Beard*, 545 U.S. 374 (2005) ........................ 24

*Santellan v. Cockrell*, 271 F.3d 190 (5th Cir. 2001) ........................ 16

*Scheanette v. Quarterman*, 482 F.3d 815 (5th Cir. 2007) ........................ 53

*Schrader v. Whitley*, 904 F.2d 282 (5th Cir. 1990) ........................ 50

*Schriro v. Landrigan*, 550 U.S. 465 (2007) ........................ 57

*Schwander v. Blackburn*, 750 F.2d 494 (5th Cir. 1985) ........................ 26

*Smith v. Quarterman*, 471 F.3d 565 (5th Cir. 2006) ........................ 39

*Smith v. Robbins*, 528 U.S. 259 (2000) ........................ 22

*Stanley v. Zant*, 697 F.2d 955 (11th Cir. 1983) ........................ 21

*Strickland v. Washington*, 466 U.S. 668 (1984) ........................ passim

*Thompson v. Lynaugh*, 821 F.2d 1054 (5th Cir. 1987) ........................ 50

*Tuilaepa v. California*, 512 U.S. 967 (1994) ........................ 53

# TABLE OF AUTHORITIES, (CONTINUED)

**Cases**     **Page**

*Turner v. Johnson,* 177 F.3d 390 (5th Cir. 1999) .................. 3

*United States v. Barnard,* 490 F.2d 907 (9th Cir. 1973) .............. 49

*United States v. Green,* 882 F.2d 999 (5th Cir. 1989) ................ 25

*United States v. Scheffer,* 118 S. Ct. 1261 (1998) .................. 49

*Valdez v. Cockrell,* 274 F.3d 941 (5th Cir. 2001) ................ 18,29

*Walton v. Arizona,* 497 U.S. 639 (1991) ........................ 55

*(Michael) Williams v. Taylor,* 529 U.S. 420 (2000) ............... 19,56

*(Terry) Williams,* 529 U.S. at 405-06 ........................ 14,17

*Williams v. Cain,* 125 F.3d 269 (5th Cir. 1997) .................... 40

*Williams v. Collins,* 16 F.3d 626 (5th Cir. 1994) ................. 26,31

*Wiggins v. Smith,* 539 U.S. 510 (2003) ........................ 23

*Williams v. State,* 294 S.W.3d 674 (Tex. App.—Houston 2009) .......... 44

*Woodford v. Visciotti,* 537 U.S. 19 (2002) ..................... 15,56

*Woods v. Cockrell,* 307 F.3d 353 (5th Cir. 2002) .................. 55

*Yarborough v. Alvarado,* 541 U.S. 652 (2002) ................. 15,16,18

*Yarborough v. Gentry,* 540 U.S. 1 (2003) ....................... 21

*Yohey v. Collins,* 985 F.2d 222 (5th Cir. 1993) .................... 26

# TABLE OF AUTHORITIES, (CONTINUED)

**Constitutions, Statutes and Rules**                                            **Page**

28 U.S.C. §§ 2241 .................................................... 1

28 U.S.C. §§ 2254 ............................................... passim

U. S. Const., amend. V ............................................. 33

U. S. Const., amend. VI ......................................... 21,25

U. S. Const., amend. VIII ...................................... passim

U. S. Const., amend. XIV ...................................... 2,51,53

Tex. Code Crim. Proc. art. 4.03 .................................... 44

Tex. Code Crim. Proc. art. 4.04 .................................... 44

Tex. Code Crim. Proc. art. 37.071 §§ 2(e)(1) ..................... 49,52

Tex. Code Crim. Proc. art. 48.01 (West 2001) ....................... 46

Tex. Penal Code § 19.02(b)(1) ...................................... 47

Tex. Penal Code § 19.03(a)(2) ...................................... 48

Tex. Penal Code § 20.01(2) ......................................... 48

Tex. Penal Code § 22.04(h) (Vernon's 2004) ......................... 44

**Miscellaneous**

Anti-Terrorism and Effective Death Penalty Act's (AEDPA's) .... 3,13,14,16

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing will be served by placing same in the United States mail, postage prepaid, on the 30th day of December, 2011, addressed to :

John W. Stickels
Stickels & Associates, P.C.
P.O. Box 121431
Arlington, TX 76012

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　JAY CLENDENIN
　　　　　　　　　　　　　　　Assistant Attorney General

**ATTORNEY GENERAL OF TEXAS**

GREG ABBOTT

December 30, 2011

RECEIVED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FORT WORTH DIVISION

2012 JAN -3 PM 3: 42

CLERK OF COURT

**VIA OVERNIGHT MAIL**
Clerk, United States District Court
Northern District of Texas
Fort Worth Division
501 W. 10th Street, Room 310
Fort Worth, Texas   76102

Re:   *Lisa Ann Coleman v. Rick Thaler, Director*
      Civil Action No. 4:11-cv-00542-A

Dear Clerk:

Responsive to the Court's Order of December 27, 2011, please find enclosed for filing with the papers in the above styled cause, the original and one copy of **Respondent Thaler's Cover Page, Table of Contents and Index of Authorities** to be used along with Respondent's Answer filed on December 22, 2011 in the above numbered and styled cause. Please indicate the date of filing on the enclosed copy of this letter and return it to me in the post-paid envelope provided.

By copy of this letter, I am forwarding a copy of same to the attorney for Petitioner. Thank you for your kind assistance in this matter.

Sincerely,

JAY D. CLENDENIN
Assistant Attorney General
Postconviction Litigation Division
(512) 936-1400

JDC/ga
Enclosures
cc:   John W. Stickels
      Stickels & Associates, P.C.
      P.O. Box 121431
      Arlington, TX 76012

POST OFFICE BOX 12548, AUSTIN, TEXAS 78711-2548 TEL: (512)463-2100 WWW.OAG.STATE.TX.US
*An Equal Employment Opportunity Employer · Printed on Recycled Paper*