FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2012 JAN 20 PM 12: 09

CLERK OF COURT

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| LISA ANN COLEMAN, | § | |
| Petitioner, | § | |
| | § | |
| V. | § | CAUSE NO. 4:11-CV-00542-A |
| | § | (death penalty case) |
| RICK THALER, | § | |
| Director, Texas Department of | § | |
| Criminal Justice, | § | |
| Correctional Institutions Division, | § | |
| Respondent | § | |

## MOTION FOR EVIDENTIARY HEARING

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, Lisa Ann Coleman, Petitioner, and files this Motion for Evidentiary Hearing and, in support thereof, would show the Court as follows:

I.

Petitioner requests an evidentiary hearing on the merits of the claims in her federal writ of habeas corpus under the provisions of 28 U.S.C §2254(d -2) because the state court decision was based on an unreasonable determination of the facts in light of the evidence presented in the state court proceeding.

Wherefore, premises considered, Petitioner respectfully moves this Court to grant his Motion for Evidentiary Hearing.

Respectfully submitted this 20th day of January, 2012.

1

        Respectfully Submitted,

        Stickels & Associates, P.C.
        P. O. Box 121431
        Arlington, Texas 76012
        Phone: (817) 479-9282
        Fax: (817) 622-8071

        _____
        John W. Stickels
        State Bar No. 19225300
        Attorney for Lisa Coleman

## CERTIFICATE OF SERVICE

I do hereby certify that on this the 20th day of September, 2012, I served a copy of the foregoing on:

Jay Clendenin
The Office of the Texas Attorney General
Postconviction Litigation Division
P.O. Box 12548
Austin, Texas, 78711-2548

and

Ms. Lisa Coleman
TDC #00999511
Mountain View Unit
2305 Ransom Road
Gatesville, TX 76528

        _____
        John W. Stickels