IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



| | | |
|---|---|---|
| LISA ANN COLEMAN, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | NO. 4:11-CV-542-A |
| | § | |
| RICK THALER, Director, Texas Department of Criminal Justice, Correctional Institutions Division, | § § § § § | |
| | § | |
| Respondent. | § | |

## O R D E R

The Fifth Circuit has determined that this court should rule on requests for certificates of appealability, Muniz v. Johnson, 114 F.3d 43 (5th Cir. 1997), and that a notice of appeal should be construed as a request for certificate of appealability. Murphy v. Johnson, 110 F.3d 10, 11 (5th Cir. 1997). The court is construing the notice of appeal filed by petitioner, Lisa Ann Coleman, as such a request and finds that same should be denied. Pursuant to Rule 22(b) of the Federal Rules of Appellate Procedure, Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Court, and 28 U.S.C. § 2253(c), for the reasons discussed in the court's January 20, 2012, memorandum opinion and order, petitioner has not made a substantial showing of the denial of a constitutional right.

Therefore,

The court ORDERS that petitioner's request for certificate of appealability be, and is hereby, denied.

SIGNED January 26, 2012.

                                    JOHN McBRYDE
                                    United States District Judge